**Order entered October 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00988-CV

**COREY STEELE, Appellant**

**V.**

**MARK HUMPHREYS, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04082**

## ORDER

The reporter's record is overdue. By order dated October 8, 2019, the Court ordered Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, to file, within ten days, either the reporter's record or written verification no hearings were recorded. As of today's date, Ms. Dobbins has not complied.

Before the Court is appellant's October 28, 2019 motion to compel the filing of the reporter's record. In the motion, appellant requests the reporter's record of the hearings conducted on May 2, 2019 and June 27, 2019 and all exhibits admitted at the hearings. We **GRANT** the motion as follows. We **ORDER** Ms. Dobbins, to file, **within ten days** of the date of this order, the reporter's records, including exhibits, of the May 2nd and June 27th hearings.

We caution Ms. Dobbins, that failure to comply may result in an order that she not sit as a court reporter until she does comply.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court; Ms. Dobbins; and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE